# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**CLINT ANDREW POLLOCK,**

        **Plaintiff,**

    v.                                 CASE NO. 13-3051-SAC

**KANSAS DEPARTMENT OF CORRECTIONS,**

        **Defendant.**

## O R D E R

This matter is a civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff commenced this action while incarcerated in the Wyandotte County Detention Center, Kansas City, Kansas.

By its order of June 25, 2013, the court directed plaintiff to supplement the record with financial records and with a statement of the factual basis for his claim and the relief sought. Plaintiff was advised the failure to file a timely response might result in the dismissal of this matter without additional prior notice.

On July 8, 2013, the copy of the order mailed to plaintiff was returned as undeliverable. Plaintiff has not provided a current address to the clerk of the court, and there has been no response to the court's order.

A court has the inherent power to dismiss an action for failure to prosecute in order to ensure the orderly and expeditious resolution of cases. *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31 (1962). The court finds the present matter may be dismissed due to plaintiff's failure to supply a current address or otherwise prosecute this matter.

IT IS, THEREFORE, BY THE COURT ORDERED this matter is dismissed for lack of prosecution.

IT IS FURTHER ORDERED plaintiff's motion to proceed in forma pauperis (Doc. 2) is denied as moot.

A copy of this order shall be transmitted to the plaintiff.

**IT IS SO ORDERED.**

DATED: This 22nd day of July, 2013, at Topeka, Kansas.

S/ Sam A. Crow
SAM A. CROW
U.S. Senior District Judge